**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Robin L. Cunconan-Lahr        CHAPTER 13
               Debtor(s)

BKY. NO. 20-13887 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Quicken Loans, LLC and index same on the master mailing list.

                                         Respectfully submitted,

                                         /s/Rebecca A. Solarz
                                         Rebecca Solarz
                                         02 Oct 2020, 11:36:43, EDT

                         KML Law Group, P.C.
                         701 Market Street, Suite 5000
                         Philadelphia, PA 19106-1532
                         (215) 627-1322