```
                    UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF PENNSYLVANIA

   IN RE:                          :
                                   :
       ROBIN L. CUNCONAN-LAHR,     :     CHAPTER 13
                                   :
           Debtor                  :     BKRTCY. NO. 20-13887 pmm
```

**ORDER ON DEBTOR'S APPLICATION GRANTING ADDITIONAL TIME TO FILE CHAPTER 13 SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, CHAPTER 13 PLAN, AND ALL OTHER NECESSARY DOCUMENTS**

IT IS **ORDERED** that the Debtor herein shall have until October 26, 2020, to file the Chapter 13 Schedules and all other remaining documents.

BY THE COURT:

Dated: 10/9/20

*Patricia M. Mayer*

**PATRICIA M. MAYER**
**UNITED STATES BANKRUPTCY JUDGE**