United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Robin L. Cunconan-Lahr

     Debtor(s)

Case No. 20-13887-pmm

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: Keith | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 09, 2020 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Robin L. Cunconan-Lahr, 134 3rd Street, Nazareth, PA 18064-2548 |
| cr | + SANTANDER BANK, N.A., c/o Saldutti Law Group, 1700 Market St., Suite 1005, Philadelphia, PA 19103-3920 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Oct 10 2020 02:14:00 | United States Trustee, Office of United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2020                    Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KEVIN K. KERCHER | on behalf of Debtor Robin L. Cunconan-Lahr kevinkk@kercherlaw.com  kevin@kercherlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor QUICKEN LOANS  LLC bkgroup@kmllawgroup.com |
| REBECCA K. MCDOWELL | on behalf of Creditor SANTANDER BANK  N.A. rmcdowell@slgcollect.com, pwirth@slgcollect.com |

District/off: 0313-4                              User: Keith                                    Page 2 of 2

Date Rcvd: Oct 09, 2020                           Form ID: pdf900                                Total Noticed: 3

SCOTT F. WATERMAN (Chapter 13)
                    ECFMail@ReadingCh13.com


TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                          :
                                :
   ROBIN L. CUNCONAN-LAHR,      :      CHAPTER 13
                                :
          Debtor               :      BKRTCY. NO. 20-13887 pmm


**ORDER ON DEBTOR'S APPLICATION GRANTING ADDITIONAL TIME TO FILE**
**CHAPTER 13 SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS,**
**CHAPTER 13 PLAN, AND ALL OTHER NECESSARY DOCUMENTS**


IT IS **ORDERED** that the Debtor herein shall have until

October 26, 2020, to file the Chapter 13 Schedules and all other

remaining documents.


                              **BY THE COURT:**


Dated: 10/9/20                *Patricia M. Mayer*
                              ─────────────────────────
                              **PATRICIA M. MAYER**
                              **UNITED STATES BANKRUPTCY JUDGE**