UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Robin L. Cunconan-Lahr<br><br>    Debtor | Chapter 13<br>Bankruptcy No.20-13887-PMM |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 20th day of January, 2021, by first class mail upon those listed below:

Robin L. Cunconan-Lahr
134 3rd Street
Nazareth, PA  18064-2548

**Electronically via CM/ECF System Only:**

KEVIN K KERCHER ESQ
881 THIRD STREET
SUITE C-2
WHITEHALL, PA  18052

/s/ Deborah A. Earnshaw
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee