UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
|    **ROBIN CUNCONAN-LAHR** | : | **Bankruptcy No. 20-13887-pmm** |
| | : | **Chapter 13** |
|    **Debtor(s)** | : | |

**PRAECIPE TO WITHDRAW PROOF OF CLAIM OF
NORTHAMPTON COUNTY TAX CLAIM BUREAU CLAIM NO. 10**

TO THE CLERK, U.S. BANKRUPTCY COURT:

    Please withdraw the Proof of Claim of Northampton County Tax Claim Bureau, claim No. 10 filed on March 4, 2021 in the above matter.

Date: May 25, 2021

                                                      Michael F. Corriere, Esquire
                                                    Attorney No: 62255
                                                    First Assistant Solicitor
                                                    County of Northampton
                                                    Office of the Solicitor
                                                    669 Washington Street
                                                    Easton, PA  18042
                                                    Phone (610) 829-6350