| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-13887-PMM**

Robin L. Cunconan-Lahr                                Petition Filed Date: 09/28/2020
134 3rd Street                                        341 Hearing Date: 11/24/2020
Nazareth  PA    18064-2548                            Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/04/2020 | $200.00 | | 12/07/2020 | $200.00 | | 01/05/2021 | $200.00 | |
| 02/04/2021 | $200.00 | | 03/08/2021 | $200.00 | | 04/05/2021 | $200.00 | |
| 05/05/2021 | $200.00 | | 06/07/2021 | $200.00 | | | | |

**Total Receipts for the Period:  $1,600.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $1,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CAVALRY INVESTMENTS LLC »» 001 | Unsecured Creditors | $12,843.14 | $0.00 | $0.00 |
| 2 | CAVALRY INVESTMENTS LLC »» 002 | Unsecured Creditors | $8,698.92 | $0.00 | $0.00 |
| 3 | SANTANDER BANK, NA »» 003 | Unsecured Creditors | $43,596.70 | $0.00 | $0.00 |
| 4 | CHASE BANK USA NA »» 004 | Unsecured Creditors | $3,637.20 | $0.00 | $0.00 |
| 5 | DISCOVER PERSONAL LOAN »» 005 | Unsecured Creditors | $4,070.50 | $0.00 | $0.00 |
| 6 | QUICKEN LOANS INC »» 006 | Unsecured Creditors | $4,739.45 | $0.00 | $0.00 |
| 7 | WELLS FARGO BANK NEVADA NA »» 007 | Unsecured Creditors | $10,056.28 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $3,524.51 | $0.00 | $0.00 |
| 9 | PA DEPARTMENT OF REVENUE »» 009 | Priority Crediors | $327.48 | $0.00 | $0.00 |
| 10 | COUNTY OF NORTHAMPTON »» 010 | Priority Crediors | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 20-13887-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $1,600.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $124.00 | Total Plan Base: | $7,200.00 |
| Funds on Hand: | $1,476.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.