*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Robin L. Cunconan–Lahr
    Debtor(s)

Chapter: 13
Bankruptcy No: 20–13887–pmm

___

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this August 5, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Patricia M. Mayer
    Judge ,
    United States Bankruptcy Court

39
Form 155