United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13887-pmm |
| Robin L. Cunconan-Lahr | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 05, 2021 | Form ID: 155 | Total Noticed: 23 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#        Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Robin L. Cunconan-Lahr, 134 3rd Street, Nazareth, PA 18064-2548 |
| 14545395 | | Bank Of America, P.O. Box 15222, Wilmington, DE 19886-5222 |
| 14545396 | | Citi Bank Best Buy, PO Box 790440, Saint Louis, MO 63179-0440 |
| 14587777 | + | County of Northampton, 669 Washington Street, Easton, PA 18042-7400 |
| 14545400 | | HSBC Card Services, P.O. Box 71104, Charlotte, NC 28272-1104 |
| 14552054 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14547342 | + | Quicken Loans, LLC, C/O Rebecca A. Solarz, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14560590 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14545403 | | Saldutti Law Group, 1700 Market St Ste 1005, Philadelphia, PA 19103-3920 |
| 14545404 | #+ | Santander Bank, PO Box 12707, Reading, PA 19612-2707 |
| 14546159 | + | Santander Bank, N.A., c/o Rebecca K. McDowell, Esquire, Saldutti Law Group, 800 Kings Highway N., Suite 300, Cherry Hill, NJ 08034-1511 |
| 14545406 | | Wells Fargo, PO Box 10347, Des Moines, IA 50306-0347 |
| 14561226 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14545919 | + | Email/Text: bankruptcy@cavps.com | Aug 05 2021 23:51:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14545397 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 05 2021 23:50:00 | Comenity, PO Box 659617, San Antonio, TX 78265-9617 |
| 14545398 | | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 05 2021 23:51:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 14545399 | | Email/Text: mrdiscen@discover.com | Aug 05 2021 23:50:00 | Discover Card, PO Box 30396, Salt Lake City, UT 84130-0396 |
| 14552474 | + | Email/Text: dplbk@discover.com | Aug 05 2021 23:51:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14545401 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 05 2021 23:51:19 | JP Morgan Chase Bank, N.A., P.O. Box 182613, Columbus, OH 43218-0000 |
| 14565507 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 05 2021 23:51:30 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14572875 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 05 2021 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14545402 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 05 2021 23:51:00 | Quicken Loans, 1050 Woodward Ave., Detroit, MI 48226-3573 |
| 14546159 | + | Email/Text: rmcdowell@slgcollect.com | Aug 05 2021 23:50:00 | Santander Bank, N.A., c/o Rebecca K. McDowell, |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Aug 05, 2021 | Form ID: 155 | Total Noticed: 23

| 14545405 | Email/PDF: gecsedi@recoverycorp.com | Aug 05 2021 23:51:19 | Esquire, Saldutti Law Group, 800 Kings Highway N., Suite 300, Cherry Hill, NJ 08034-1511 |
| | | | Synchrony Bank/Amazon, P.O. Box 965060, Attn: Bankruptcy Department, Orlando, FL 32896-5060 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 07, 2021           Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. bkgroup@kmllawgroup.com |
| KEVIN K. KERCHER | on behalf of Debtor Robin L. Cunconan-Lahr kevinkk@kercherlaw.com kevin@kercherlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor QUICKEN LOANS LLC bkgroup@kmllawgroup.com |
| REBECCA K. MCDOWELL | on behalf of Creditor SANTANDER BANK N.A. rmcdowell@slgcollect.com, pwirth@slgcollect.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Robin L. Cunconan−Lahr
    Debtor(s)

Chapter: 13

Bankruptcy No: 20−13887−pmm

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this August 5, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Patricia M. Mayer
    Judge ,
    United States Bankruptcy Court

39
Form 155