## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Robin L. Cunconan-Lahr | CHAPTER 13 |
| Debtor(s) | |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. | |
| Movant | |
| vs. | NO. 20-13887 PMM |
| Robin L. Cunconan-Lahr | |
| Debtor(s) | |
| Scott F. Waterman | 11 U.S.C. Sections 362 and 1301 |
| Trustee | |

## ORDER

AND NOW, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED that:

The Motion is granted and the Loan Modification Agreement executed on _October 25, 2021_ does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: January 13, 2022**

_____

United States Bankruptcy Judge.