Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 20-13887-PMM**

Robin L. Cunconan-Lahr  
134 3rd Street  
Nazareth  PA   18064-2548

Petition Filed Date: 09/28/2020  
341 Hearing Date: 11/24/2020  
Confirmation Date: 08/05/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $200.00 | | 05/05/2021 | $200.00 | | 06/07/2021 | $200.00 | |
| 07/06/2021 | $200.00 | | 08/04/2021 | $200.00 | | 09/07/2021 | $200.00 | |
| 10/05/2021 | $200.00 | | 11/04/2021 | $200.00 | | 12/06/2021 | $200.00 | |
| 01/04/2022 | $200.00 | | 02/04/2022 | $200.00 | | 03/07/2022 | $200.00 | |
| 04/04/2022 | $200.00 | | 05/05/2022 | $200.00 | | 06/07/2022 | $200.00 | |
| 07/06/2022 | $200.00 | | | | | | | |

**Total Receipts for the Period: $3,200.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $4,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | CAVALRY SPV INVESTMENTS LLC »» 001 | Unsecured Creditors | $12,843.14 | $0.00 | $12,843.14 |
| 2 | CAVALRY SPV INVESTMENTS LLC »» 002 | Unsecured Creditors | $8,698.92 | $0.00 | $8,698.92 |
| 3 | SANTANDER BANK, NA »» 003 | Unsecured Creditors | $43,596.70 | $0.00 | $43,596.70 |
| 4 | CHASE BANK USA NA »» 004 | Unsecured Creditors | $3,637.20 | $0.00 | $3,637.20 |
| 5 | DISCOVER PERSONAL LOAN »» 005 | Unsecured Creditors | $4,070.50 | $0.00 | $4,070.50 |
| 6 | QUICKEN LOANS INC »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | WELLS FARGO BANK NEVADA NA »» 007 | Unsecured Creditors | $10,056.28 | $0.00 | $10,056.28 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $3,524.51 | $0.00 | $3,524.51 |
| 9 | PA DEPARTMENT OF REVENUE »» 009 | Priority Crediors | $327.48 | $327.48 | $0.00 |
| 10 | COUNTY OF NORTHAMPTON »» 010 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 0 | KEVIN K KERCHER ESQ | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |

Chapter 13 Case No. 20-13887-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,200.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $3,827.48 | Arrearages: | $200.00 |
| Paid to Trustee: | $344.00 | Total Plan Base: | $7,200.00 |
| Funds on Hand: | $28.52 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.