Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 20-13887-PMM**

Robin L. Cunconan-Lahr  
134 3rd Street  
Nazareth  PA  18064-2548

Petition Filed Date: 09/28/2020  
341 Hearing Date: 11/24/2020  
Confirmation Date: 08/05/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $200.00 | | 09/06/2022 | $200.00 | | 10/05/2022 | $200.00 | |
| 11/04/2022 | $200.00 | | 12/05/2022 | $200.00 | | 01/05/2023 | $200.00 | |
| 02/06/2023 | $200.00 | | 03/07/2023 | $200.00 | | 04/04/2023 | $200.00 | |
| 05/05/2023 | $200.00 | | 06/06/2023 | $200.00 | | 07/06/2023 | $200.00 | |

**Total Receipts for the Period:  $2,400.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $6,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CAVALRY SPV INVESTMENTS LLC  »» 001 | Unsecured Creditors | $12,843.14 | $331.14 | $12,512.00 |
| 2 | CAVALRY SPV INVESTMENTS LLC  »» 002 | Unsecured Creditors | $8,698.92 | $224.31 | $8,474.61 |
| 3 | SANTANDER BANK, NA  »» 003 | Unsecured Creditors | $43,596.70 | $1,124.17 | $42,472.53 |
| 4 | CHASE BANK USA NA  »» 004 | Unsecured Creditors | $3,637.20 | $93.76 | $3,543.44 |
| 5 | DISCOVER PERSONAL LOAN  »» 005 | Unsecured Creditors | $4,070.50 | $104.98 | $3,965.52 |
| 6 | QUICKEN LOANS INC  »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | WELLS FARGO BANK NEVADA NA  »» 007 | Unsecured Creditors | $10,056.28 | $259.32 | $9,796.96 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES  »» 008 | Unsecured Creditors | $3,524.51 | $83.42 | $3,441.09 |
| 9 | PA DEPARTMENT OF REVENUE  »» 009 | Priority Creditors | $327.48 | $327.48 | $0.00 |
| 10 | COUNTY OF NORTHAMPTON  »» 010 | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 0 | KEVIN K KERCHER ESQ | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |

Chapter 13 Case No. 20-13887-PMM

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,800.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $6,048.58 | Arrearages: | $0.00 |
| Paid to Trustee: | $562.00 | Total Plan Base: | $7,200.00 |
| Funds on Hand: | $189.42 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.