**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
IN RE:                          :
                                :
    ROBIN L. CUNCONAN-LAHR, :    CHAPTER 13
                                :
        Debtor              :    BKRTCY. NO. 20-13887 pmm
```

**CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING**
**DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)**

*Part I.    Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☐ **X**    I/We owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐    I am or have been required to pay a domestic support obligation. I have paid all such amounts that my Chapter 13 Plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II.   If you checked the second box, you must provide the information below.*                *N/A*

My current address: _____
My current employer and my employer's address:
_____
_____

*Part III.  Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☐ **X**    I/We have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375* in value in the aggregate.

☐    I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375* in value in the aggregate.

* Amounts are subject to adjustment on 4/01/19 and every 3 years thereafter

1

with respect to cases commenced on or after the date of adjustment

***Part IV.    Debtor's Signature***

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

| Executed on: | 10/11/2023 | /s/ Robin Cunconan-Lahr |
|---|---|---|
|  | Date | Debtor |
| Executed on: |  |  |
|  | Date | Debtor |