Certificate Number: 06531-PAE-DE-037843483

Bankruptcy Case Number: 20-13887



06531-PAE-DE-037843483

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 11, 2023, at 10:30 o'clock PM CDT, Robin Cunconan-Lahr completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    October 11, 2023            By:    /s/Deyanira Reyes

Name:    Deyanira Reyes

Title:    Counselor