United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Robin L. Cunconan-Lahr  
    Debtor

Case No. 20-13887-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Oct 26, 2023      Form ID: 138OBJ      Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Robin L. Cunconan-Lahr, 134 3rd Street, Nazareth, PA 18064-2548 |
| 14545396 | | Citi Bank Best Buy, PO Box 790440, Saint Louis, MO 63179-0440 |
| 14587777 | + | County of Northampton, 669 Washington Street, Easton, PA 18042-7400 |
| 14545400 | | HSBC Card Services, P.O. Box 71104, Charlotte, NC 28272-1104 |
| 14630895 | + | Law Office of Kevin K. Kercher, 881 Third St., Ste. C-2, Whitehall, PA 18052-5930 |
| 14547342 | + | Quicken Loans, LLC, C/O Rebecca A. Solarz, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14545403 | | Saldutti Law Group, 1700 Market St Ste 1005, Philadelphia, PA 19103-3920 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 27 2023 00:31:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 27 2023 00:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14545395 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 27 2023 00:31:00 | Bank Of America, P.O. Box 15222, Wilmington, DE 19886-5222 |
| 14545919 | + | Email/Text: bankruptcy@cavps.com | Oct 27 2023 00:32:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14545397 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 27 2023 00:31:00 | Comenity, PO Box 659617, San Antonio, TX 78265-9617 |
| 14545398 | | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 27 2023 00:32:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 14545399 | | Email/Text: mrdiscen@discover.com | Oct 27 2023 00:31:00 | Discover Card, PO Box 30396, Salt Lake City, UT 84130-0396 |
| 14552474 | + | Email/Text: dplbk@discover.com | Oct 27 2023 00:32:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14545401 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 27 2023 01:00:26 | JP Morgan Chase Bank, N.A., P.O. Box 182613, Columbus, OH 43218-0000 |
| 14552054 | + | Email/Text: RASEBN@raslg.com | Oct 27 2023 00:31:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14565507 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2023 00:42:58 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14572875 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 27 2023 00:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14545402 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 27 2023 00:32:00 | Quicken Loans, 1050 Woodward Ave., Detroit, MI |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 26, 2023 | Form ID: 138OBJ | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| | | | | 48226-3573 |
| 14560590 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 27 2023 00:32:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14545404 | + | Email/Text: DeftBkr@santander.us | Oct 27 2023 00:32:00 | Santander Bank, PO Box 12707, Reading, PA 19612-2707 |
| 14546159 | + | Email/Text: rmcdowell@slgcollect.com | Oct 27 2023 00:31:00 | Santander Bank, N.A., c/o Rebecca K. McDowell, Esquire, Saldutti Law Group, 800 Kings Highway N., Suite 300, Cherry Hill, NJ 08034-1511 |
| 14545405 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 27 2023 00:42:58 | Synchrony Bank/Amazon, P.O. Box 965060, Attn: Bankruptcy Department, Orlando, FL 32896-5060 |
| 14545406 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 27 2023 00:42:58 | Wells Fargo, PO Box 10347, Des Moines, IA 50306-0347 |
| 14561226 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 27 2023 00:42:19 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2023 at the address(es) listed below:**

**Name**           **Email Address**

BRIAN CRAIG NICHOLAS
                   on behalf of Creditor QUICKEN LOANS  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
                   on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
                   on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. bkgroup@kmllawgroup.com

KEVIN K. KERCHER
                   on behalf of Debtor Robin L. Cunconan-Lahr kevinkk@kercherlaw.com  kevin@kercherlaw.com

MICHAEL PATRICK FARRINGTON
                   on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. mfarrington@kmllawgroup.com

REBECCA K. MCDOWELL
                   on behalf of Creditor SANTANDER BANK  N.A. rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 26, 2023 | Form ID: 138OBJ | Total Noticed: 26 |

SCOTT F. WATERMAN [Chapter 13]
                ECFMail@ReadingCh13.com

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Robin L. Cunconan−Lahr
        Debtor(s)                       Case No: 20−13887−pmm
                                        Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

              United States Bankruptcy Court
         Office of the Clerk, Gateway Building
              201 Penn Street, 1st Floor
                 Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/26/23